IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00845-TPO

ABEL CARRILLO PABLO,

     Petitioner,

v.

JUAN BALTAZAR, Warden of the
Denver Contract Detention Facility;
KALEI WALKER, Acting Field Office Director in
Denver, Immigration and Customs Enforcement's Enforcement and
Removal Operations;
TODD LYONS, Acting Director of
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary of the
U.S. Department of Homeland Security;
PAMELA BONDI, Attorney General of the United States;

in their official capacities, and

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

     Respondents.

---

## MINUTE ORDER

---

**Entered by U.S. Magistrate Judge Timothy P. O'Hara on April 1, 2026.**

For good cause shown, Petitioner's Motion for Leave to Extend Time for Service [ECF 5] is **granted**, *nunc pro tunc*, and the Court will accept the service as timely. In light of the date of service, the Court *sua sponte* extends the briefing deadlines.

Respondents shall show cause why the Petition [ECF 1] should not be granted **by April 7, 2026**. Also **by April 7, 2026**, the Parties shall complete and file the Magistrate Consent Form [ECF 3].

Petitioner's deadline to file a Reply, should he choose, is now **April 14, 2026**.