IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00845-TPO

ABEL CARRILLO PABLO,

     Petitioner,

v.

JUAN BALTAZAR, Warden of the
Denver Contract Detention Facility;
KALEI WALKER, Acting Field Office Director in
Denver, Immigration and Customs Enforcement's Enforcement and
Removal Operations;
TODD LYONS, Acting Director of
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security;
TODD BLANCHE, Acting Attorney General of the United States;
in their official capacities, and
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 18] by Magistrate Judge Timothy P. O'Hara entered on May 6, 2026, and the Minute Order [ECF 20] by Magistrate Judge Timothy P. O'Hara entered on July 28, 2026, it is

ORDERED that Final Judgment is hereby entered in favor of Petitioner and against Respondents. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 28th day of July 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ Jesse Torres
Jesse Torres
Deputy Clerk